371 A.2d 250
Tessler, Appellant, v. Rizzo.

Submitted March 22, 1976. James A. Burgess, Jr., for appellant; Francis T. Sbandi and Charles F. Knapp, for appellee.

Order affirmed.

371 A.2d 250
Village 2 Homeowners Association
et al. v. Turcotte et al.,
Appellants.

Argued March 15, 1976. Jerome N. Kline, with him Korn, Kline & Kutner, for appellant at No. 1834; Robert A. Naragon, with him William M. Power, for appellant at No. 1835; Peter N. Harrison, for appellees.

Orders affirmed in both appeals.